THE STATE OF TEXAS

COUNTY OF BEXAR

This document contains some pages that are of poor quality at the time of imaging.

30,397-04

COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

PETITION FOR WRIT OF HABEAS CORPUS
TO DISMISS — INSUFFICIENT EVIDENCE

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015

Abel Acosta, Clerk

RE: CAUSE # 2015 CR 2488

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MARTIN PARKS PETITIONER IN THE ABOVE STYLED AND NUMBERED CAUSE AND FILES THIS HIS PETITION FOR WRIT OF HABEAS CORPUS TO DISMISS INSUFFICIENT EVIDENCE.

## I. ILLEGAL CONFINEMENT

PETITIONER IS ILLEGALLY CONFINED IN THE BEXAR COUNTY ADULT DETENTION CENTER IN THE CUSTODY OF SUSAN PAMAR LEAU SHERIFF OF BEXAR COUNTY TEXAS AND HAS BEEN SINCE THE DATE OF HIS ARREST OCTOBER 22nd 2014.

## II. ALLEGATION

PETITIONER WAS ARRESTED JULY 27TH 2014 AND CHARGED IN COMPLAINT NUMBER 2015 CR 2488 FILED IN THE 227TH DISTRICT COURT OF BEXAR COUNTY TEXAS CHARGING PETITIONER WITH THE FELONY OFFENSE OF THEFT OF A VEHICLE A VIOLATION OF ART. 31.03 OF THE TEXAS PENAL CODE.

## III. EVIDENCE TO PROVE INNOCENSE

PETITIONER WOULD SHOW THE COURT THE FOLLOWING THAT THE VEHICLE WAS LOANED TO PETITIONER AND HIS SPOUSE. PETITIONER PAID JULIE A.K.A WEDA TO USE SAID VEHICLE. JULIE HAS BEEN MY SPOUSES FRIEND FOR OVER 20 YEARS AND WAS ALSO ROOMMATES BEFORE. PETITIONER STATES THAT JULIE LIED TO THE POLICE. PETITIONER AND SPOUSE ALSO KNOW DARIO JULIES CHILDRENS FATHER, AND ALSO KNOW STELLA WHICH IS ONE OF JULIES FRIEND AND WITNESSED JULIE LOANED US THE VEHICLE. PETITIONER ALSO PLAYED COWBOYS AND INDIANS WITH HER TWO YOUNGEST SONS THE DAY SHE LOANED US THE VEHICLE

## III (CONT)

JULIE PICKED ME AND MY SPOUSE MELISSA RODRIGUEZ UP ON THE EAST SIDE OF TOWN THEN TOOK US TO HER HOUSE SOME WHERE ON THE SOUTHSIDE. SHE THEN LOANED US THE VEHICLE. JULIE SAID SHE LOANED US THE VEHICLE BECAUSE SHE WAS HAVING MONEY PROBLEMS WAS BEHIND IN HER CAR PAYMENTS AND THAT SHE HAD PAWNED HER T.V AND SHE REALLY NEEDED THE MONEY.

## IV ADDITIONAL EVIDENCE

PETITIONER STATES THAT HE IS WILLING TO TAKE A POLYGRAPH TEST TO PROVE JULIE LOANED US THE VEHICLE. PETITIONER STATES THAT HE HAD AUTHORITY FROM THE OWNER TO USE THE VEHICLE.

## V AFFIDAVITS

PETITIONER AND HIS SPOUSE BOTH FILED SWORN AFFIDAVITS SHOWING THE COURTS THAT JULIE LOANED US THE VEHICLE. THE OWNER OF THE VEHICLE WHO GAVE US CONSENT TO USE HER VEHICLE.

## VI FACT

PETITIONER ALSO STATES THERE WAS NO FLIGHT FROM OFFICERS WHEN VEHICLE WAS PULLED OVER. PETITIONER HAD NO KNOWLEDGE THE VEHICLE WAS REPORTED STOLEN. PETITIONER HEARBY STATES HE HAD AUTHORITY TO USE VEHICLE. THERE STILL HAS BEEN A FORMAL COMPLAINT FILED AND PROSECUTORS HAVE NOT HAD CONTACT WITH JULIE AFTER 15 MONTHS.

WHEREFORE PREMISES CONSIDERED PETITIONER PRAYS THAT HIS PETITION FOR WRIT OF HABEAS CORPUS TO DISMISS — INSUFFICIENT EVIDENCE BE GRANTED. AND THAT SAID COURT REVIEW THE FACTS OF THIS CASE AND WIEGH THE LEGALITY OF PETITIONERS DETENTION.

PETITIONER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 24th DAY OF September 2015 A TRUE AND CORRECT COPY OF THE FOREGOING PETITION FOR WRIT OF HABEAS CORPUS TO DISMISS INSUFFICIENT EVIDENCE WAS TRANSMITTED TO THE COURT OF CRIMINAL APPEALS - SUPREME COURT BLDG. 201 W. 14TH ST. ROOM 106 AUSTIN TX. 78711 BY MAIL.

_____
PETITIONER

## ACKNOWLEDGEMENT

STATE OF TEXAS   * * * * *

COUNTY OF BEXAR   * * * * *

ON THIS 24th DAY OF September 2015 PERSONALLY APPEARED Martin Parks PETITIONER IN THE ABOVE FOREGOING PETITION FOR WRIT OF HABEAS CORPUS TO DISMISS INSUFFICIENT EVIDENCE AND STATED THAT ALL THE INFORMATION CONTAINED IN SAID PETITION IS TRUE AND CORRECT.

SWORN AND SIGNED THIS 24th DAY OF September 2015

_____
NOTARY PUBLIC



SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019